# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,     :     No. 51 EM 2020
                                  :
        Respondent                :
                                  :
                                  :
        v.                       :
                                  :
                                  :
CHRISTOPHER A LATORRE,            :
                                  :
        Petitioner                :

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of October, 2020, the Application for Permission to File a Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.